IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>VS.<br><br>**MARCUS M. GLENN**,<br><br>Defendant | NO. 5: 07-MJ-07-07 (CWH)<br><br>**VIOLATION: DRIVING ON SUSP. LICENSE** |

## ORDER OF DISMISSAL

On July 16, 2007, defendant MARCUS M. GLENN entered a PROVISIONAL plea of guilty in the above-captioned proceeding. Upon investigation by the U. S. Probation Office, it has been determined that a factual basis for accepting this plea of guilty is lacking. Thus, counsel for the government has no objection to dismissal of this action.

Accordingly, IT IS ORDERED AND DIRECTED that the within proceeding against defendant MARCUS M. GLENN be, and it is, DISMISSED *with prejudice.*

SO ORDERED AND DIRECTED, this 14th day of SEPTEMBER, 2007.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE